UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| MARY FLAKE, | ) No. 1:15-cv-00248-SKO |
| | ) |
| Plaintiff, | ) **ORDER EXTENDING BRIEFING** |
| | ) **SCHEDULE** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

On August 18, 2015, the parties filed a stipulated request that Plaintiff be permitted an additional 30 days to file her opening brief. (Doc. 12.) Plaintiff's counsel is a solo practitioner and requires additional time to draft her opening brief. (Doc. 12.) This is Plaintiff's first request for an extension.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's opening brief shall be filed by no later than September 21, 2015;

2. Defendant's responsive brief shall be filed by no later than October 21, 2015, and

3. Plaintiff may file an optional reply brief by no later than November 5, 2015.

IT IS SO ORDERED.

Dated:   **August 20, 2015**                    /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE